1  Sengthiene Bosavanh, Esq. #249801
   Milam Law
2  948 11th Street, Suite 17
   Modesto, California 95354
3  (209) 576-0817
     Attorney for Plaintiff
4

5

6                       UNITED STATES DISTRICT COURT

7                       EASTERN DISTRICT OF CALIFORNIA

                              FRESNO DIVISION
8

9
   Gustavo Valdez,                      )    CASE NO.1:10-cv-01828-OWW-SKO
10        Plaintiff,                    )
                                        )
11      v.                              )
                                        )    STIPULATION AND ORDER
12 Commissioner of Social Security      )    FOR EXTENSION OF TIME TO SUBMIT
         Defendant.                     )    PLAINTIFF'S CONFIDENTIAL BRIEF
13

14      IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a

15 first-time 30-day extension of time to submit a confidential brief. The extension is requested

16 due to Plaintiff's attorney's workload demands and the number and complexity of the issues

17 in this case. In addition, Plaintiff's counsel is due to deliver a baby on March 25, 2011. Two

18 of her children were one and two weeks early. Plaintiff's counsel has been having lots of

19 contractions in the last two weeks. The current due date for Plaintiff's Confidential Brief is

20 March 19, 2011. The new due date will be April 18, 2011.  The scheduling order should be

21 modified accordingly.

22 Dated: March 14, 2011              /s/ Sengthiene Bosavanh

23                                    SENGTHIENE BOSAVANH, ESQ.
                                      Attorney for Plaintiff
24
   Dated: March 14, 2011              BENJAMIN B. WAGNER
25                                    United States Attorney

26
                                      By: /s/ Ann Lucille Maley
27                                    (as authorized via telephone)
                                      ANN LUCILLE MALEY
28                                    Special Assistant United States Attorney

**ORDER**

Upon the parties' stipulation, IT IS ORDERED that Plaintiff shall serve his confidential brief upon Defendant **by no later than April 18, 2011**. All deadlines in the Court's scheduling order are modified accordingly.

Pursuant to the Court's scheduling order, all further requests to modify the scheduling order must be made by written motion and shall only be granted for good cause. (Doc. 7 ¶ 14.)

IT IS SO ORDERED.

**Dated:   March 16, 2011**              /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE