# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO VALDEZ, | Case No.: 1:10-cv-01828-OWW-SKO |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME AND MODIFYING SCHEDULING ORDER** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | (Doc. 15) |
| Defendant. | |

On June 23, 2011, Plaintiff filed a stipulated request for an extension of time to file an opening brief as required by the Court's scheduling order. (Doc. 10.) Pursuant to the stipulation, Plaintiff will file an opening brief **on or before July 22, 2011.**

This request is granted, and the scheduling order is modified as follows:

1. Plaintiff's opening brief shall be **filed on or before July 22, 2011**;

2. Commissioner's responsive brief shall be **filed on or before August 24, 2011**; and

3. Plaintiff may file a reply brief **on or before September 12, 2011.**[1]

IT IS SO ORDERED.

**Dated:   June 24, 2011**          /s/ Sheila K. Oberto
                              UNITED STATES MAGISTRATE JUDGE

---

[1] For the parties' benefit, these dates reflect application of the Federal Rules of Civil Procedure 6(a)(1)(C), 6(a)(6)(A), and 6(d); no additional days are to be added pursuant to Rule 6.