1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO VALDEZ, | ) Case No.: 1:10-cv-01828-OWW-SKO |
| | ) |
| | ) **ORDER GRANTING DEFENDANT'S** |
| Plaintiff, | ) **MOTION FOR AN EXTENSION OF** |
| | ) **TIME** |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) (Doc.18) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

On August 18, 2011, Defendant filed a motion for an extension of time until September 6, 2011, to file a brief in response to Plaintiff's opening brief.  (Doc. 18.)  Defendant's counsel represented that Plaintiff's counsel had agreed to the request for an extension.

Accordingly, IT IS HEREBY ORDERED that Defendant shall file a responsive brief on or before September 6, 2011.

IT IS SO ORDERED.

**Dated:    August 18, 2011**                    /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE